UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL ACTION NO.: 06-02-WOB

**TRAVIS GRILL,**                                                                                      **PLAINTIFF**

v.

**OVERHEAD DOOR CORP.,**                                                              **DEFENDANT**

### MEMORANDUM ORDER

Plaintiff filed a complaint on January 3, 2006 alleging various claims, including product liability, arising out of injuries plaintiff allegedly incurred while navigating an inflatable obstacle course known as the Boot Camp Challenge. Plaintiff filed an amended complaint on June 5, 2006 naming additional defendants Activity Games LLC, Activity Games Water Tag, Inc., and Water Tag Inc. At docket call on June 16, 2006, the court entered a scheduling order directing the parties to complete discovery by March 13, 2007 and to file status reports the same date.

The record and the parties' recently filed status reports reflect that discovery is far from complete due to the addition of new parties. On October 11, 2006, the Clerk of Court filed an Entry of Default against defendants Activity Games LLC, Activity Games Water Tag, Inc., and Water Tag Inc. based upon their failure to answer the complaint against them.

On December 1, 2006, plaintiff filed a second amended complaint naming Gary Sanders (both individually and as director of Water Tag, Inc.) and Water Tag Enterprises as additional defendants. Those defendants have also failed to file any answer and plaintiff states that he anticipates moving for the entry of default on or before April 6, 2007. On January 5, 2007,

1

defendant A-1 Amusement & Party Rental Inc. filed a third party complaint against St. Henry District High School. Summons was issued on January 8 but St. Henry District High School has not yet filed its answer.

Defendant A-1 Amusement & Party Rental Inc. represents that it served written discovery requests on plaintiff on June 16, 2006 but that plaintiff has failed to respond other than to provide a copy of his medical records. No depositions have been conducted. Plaintiff's counsel explains that discovery has been delayed in order to avoid duplicating discovery as new parties have been added.

As it is clear that the parties require an extension of existing deadlines, **IT IS ORDERED:**

The parties shall confer and shall file a supplemental Rule 26(f) report on or before **April 20, 2007** which states the amount of additional time required for the completion of all discovery, as well as proposed pretrial deadlines.

This 30th day of March, 2007.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge